UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RLI INSURANCE COMPANY,
                            Plaintiff,

                -v-

MAERSK A/S,
                            Defendant.

23-CV-5798 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    Defendant waived service of process on July 10, 2023. However, no appearance has been entered on Defendant's behalf, and no response to the complaint has been filed in the allotted time. Plaintiff requested a Certificate of Default, and the Clerk of Court issued a Certificate of Default. However, Plaintiff has not moved for a default judgment.

    Plaintiff is directed to notify the Court whether it intends to move for default judgment, or if it has received any communication from Defendant or its counsel regarding a response to the complaint.

    If Plaintiff fails by January 18, 2024, to either (1) file a letter concerning the status of the case, or (2) move for default judgment against Defendant, the action may be dismissed for failure to prosecute.

    Plaintiff is directed to serve a copy of this order by mail on Defendant.

    SO ORDERED.

Dated: January 4, 2024
       New York, New York

_____
J. PAUL OETKEN
United States District Judge