UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RLI INSURANCE COMPANY,<br><br>      Plaintiff,<br><br> v.<br><br>MAERSK A/S,<br><br>      Defendant. | Case No. 23-cv-5798 (JPO)<br><br>**ORDER** |

J. PAUL OETKEN, District Judge:

  The Court has been informed that the parties have reached an agreement to settle this case. Accordingly, it is hereby ORDERED that this action is DISMISSED without costs to any party and subject to restoring the action to the Court's calendar, provided the application to restore the action is made within sixty days.

  All case deadlines are adjourned sine die.

  SO ORDERED.

Dated: February 7, 2024

  New York, New York

                        _____
                           J. PAUL OETKEN
                          United States District Judge